WO

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR - 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>              Plaintiff,         )<br>                                  )<br>vs.                               )<br>                                  )<br>Jay Michael Hart,                 )<br>              Defendant.          )<br>_____) | CR-07-01316-01-PHX-MHM<br><br><br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on February 27, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this 2ND day of March, 2009.

                                                                     Lawrence O. Anderson
                                                                     United States Magistrate Judge